IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| vs. | : | |
| MICHAEL POULS | : | NO. 12-582 |

Michael Pouls, the above named defendant, who is accused of violating:

WIRE FRAUD, AIDING AND ABETTING, 18:1343, 1349 (Count 1)

FALSE STATEMENT TO OBTAIN LOAN, 18:1014 (Counts 2 and 4)

BANK FRAUD, 18:1344 (Count 3)

and being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: December 10, 2012