IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :        CRIMINAL ACTION
                                    :
              v.                    :
                                    :
MICHAEL POULS                       :          NO.  12-582


## ORDER

   AND NOW, this 11th  day of December, 2011, IT IS ORDERED, that any

motions, filings, or memoranda related to the sentencing of the above captioned Defendant be

submitted to the Court no later than March 4, 2013 or one week before the sentencing date.  Any

such filings made after this date may not be accepted and will likely result in the continuance of

the matter.  If Defendant does not intend to submit a sentencing memorandum, Defendant shall

notify the Court in writing no later than March 4, 2013 or one week before the sentencing date.

   It is further ORDERED that, in the event Defendant seeks a variance or departure,

Defendant shall employ those terms in accordance with the Third Circuit's opinion in U.S. v.

Jackson, 467 F.3d 834, 837 n. 2 (3d Cir. 2006).


IT IS SO ORDERED

/s/ Paul S. Diamond
_____
Paul S. Diamond, Judge